UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-85 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL LOUISE GILLMORE,<br><br>Defendant. | MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

Undersigned counsel moves for an Order allowing him to withdraw as counsel of record for defendant Carol Gillmore and for appointment of new counsel. In support of this motion, counsel states as follows:

1. On March 11, 2002, the Court appointed undersigned counsel to represent Ms. Gillmore under the Criminal Justice Act. Since that time, issues have arisen concerning Ms. Gillmore's competence to stand trial, as a result of which she has not yet been arraigned.

2. Undersigned counsel is in the process of terminating his law practice. It is unlikely Ms. Gillmore's case will be completed before that occurs. Accordingly, appointment of new counsel will be necessary. Appointment of new counsel now, before preparation for pretrial motions and trial have begun, will minimize the disruption caused by substitution of counsel.

3. Undersigned counsel has spoken to Paul Engh, who has agreed to accept the Court's appointment to represent Ms. Gillmore. Mr. Engh is a member of this Court's panel of attorneys eligible for appointment under the Criminal Justice Act, and he has extensive experience representing clients from the Red Lake Indian Reservation.

For the foregoing reasons, this Court should grant the motion to withdraw and appoint Paul Engh to represent Ms. Gillmore.

Dated: November 18, 2004

Respectfully submitted,

*Robert D. Richman*
_____________________________

ROBERT D. RICHMAN
Attorney ID No. 226142
Attorney for Defendant

MARGULIES & RICHMAN plc
2520 Park Avenue South
Minneapolis, MN 55404
(612) 872-4900