**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 02-85(1) (DWF/RLE)

Plaintiff,

v. **ORDER**

Carol Louise Gillmore,
a/k/a Carol Louise Champagne,

Defendant.

---

Nathan P. Petterson, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Robert D.Richman, Esq., Margulies & Richman, 2520 Park Avenue South, Minneapolis, MN 5404, counsel for Defendant.

---

The above-entitled matter is before the Court on a motion by Defendant's counsel to withdraw and for appointment of new counsel.

Based upon the presentations of Defendant's counsel and the Court being otherwise duly advised in the premises and having reviewed the status of the case, the Court hereby enters the following:

**ORDER**

1. Defendant's counsel's motion to withdraw and for appointment of new counsel (Doc. No. 40) is **GRANTED**. The Federal Public Defender is directed to appoint new counsel as soon as practical.

Dated: November 29, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court