# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Carol Louise Gillmore,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-85(1) DWF/RLE

Pursuant to the Court's order appointing substitute counsel, the undersigned attorney hereby notifies the Court and counsel that Paul Engh, Attorney ID No. 134685, shall appear as appointed counsel of record for the above named defendant in this case.

Dated: December 9, 2004

s/ Daniel M. Scott

Daniel M. Scott
Attorney ID No. 98395
Attorney for Defendant
Federal Public Defender’s Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858