UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs.

Carol Louise Gillmore,

Defendant.

NOTICE OF ARRAIGNMENT and MOTIONS HEARING and ORDER

Crim. No. 02-85(DWF/RLE)

* * * * * * * * * * * * * * * * * *

The Arraignment and Motions Hearing on the above-entitled matter are set for **Wednesday, June 22, 2005, at 9:00 a.m., in Court Room 12W, United States Courthouse, Minneapolis, Minnesota**.

IT IS ORDERED:

1. That, forthwith, the Government shall provide all Rule 16 materials to the Defendant.

2. That all Motions in the above-entitled case shall be served and filed in accordance with the Electronic Case Filing Procedures for the District of Minnesota/Criminal. A courtesy copy of the Motions shall be mailed directly to the chambers of the undersigned at 412 United States Courthouse, 515 West First Street, in Duluth, Minnesota, **by no later than June 16, 2005**.

3. That all Motions shall be heard before United States Magistrate Judge Raymond L. Erickson **on June 22, 2005, at 9:00 o'clock a.m.**, in Court Room No. 12W, United States Courthouse, 300 South Fourth St., Minneapolis, Minnesota.

4. That, no later than **June 20, 2005**, the Government shall disclose to the Defendant the statements, and the evidence secured, either with or without a Warrant, that the Government intends to introduce at Trial, and the Defendant shall particularize the bases for any Motion to Suppress such evidence.[1]

5. That all voir dire questions, and proposed Jury Instructions shall be submitted, pursuant to the Electronic Case Filing Procedures for the District of Minnesota/Criminal and according to the directives of the Honorable Judge Donovan W. Frank, United States Courthouse, 316 N. Robert St., St. Paul, Minnesota, **by September 6, 2005**.

---

[1]With increasing regularity, the Court has witnessed the parties failure to join the issues attendant to a defendant's Motion to Suppress. Frequently, the hallways of the Courthouse are replete with potential witnesses who will only be called to testify if the Defendant, at the time of the Hearing, voices a particular concern about the manner in which a statement was taken, or in which a search was conducted. The interests of justice are not served by the needless expenditures of both time and money, that are occasioned by the failure of counsel to communicate. We take this means of assuring that the failure to communicate will not reoccur. We need not here specify the sanctions that will attend the party who should elect to disregard this effort at judicial efficiency. Suffice it to say that it is this Court's expectation that being forewarned will obviate any need to address the issue further.

6. That the Trial in this matter shall commence, before the Honorable Judge Donovan W. Frank, **on September 12, 2005, at 9:00 a.m., in Court Room 2, United States Courthouse, St. Paul, Minnesota**.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: May 27, 2005