UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-85(DWF/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| CAROL LOUISE GILLMORE, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

**Criminal No.**
02-85(DWF/RLE)

**Defendant Name**
Carol Louise Gillmore

**Remove AUSA**
Nathan P. Petterson

**Add AUSA**
Clifford B. Wardlaw

Dated: June 7, 2005

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Nathan P. Petterson*

BY: NATHAN P. PETTERSON
Assistant U.S. Attorney
Attorney ID No. 151506