**PAUL ENGH** **(612) 252-1100**

**LAWYER**

**SUITE 215**
**220 SOUTH SIXTH STREET**
**MINNEAPOLIS, MN 55402**
**FAX: (612) 339-7851**

June 3, 2005

The Honorable Raymond L. Erickson
United States District Court, Room 412
Federal Courthouse
515 West First Street
Duluth, MN

RE: U.S.A. v. Carol Gilmore, 02-85

Dear Magistrate Judge Erickson,

This will confirm my conversations with Vicki Miller of your office. Both sides have requested a continuance of the motions hearing, set for June 22nd. Long before that date was set, I had planned to travel to the east coast on another appointed case. I do not oppose the Government's reciprocal request. I understand the Court will be re-setting the matter for the 12th of July, at 11:00 AM., in Minneapolis.

Sincerely yours,

/s/
Paul Engh

PE/cm
cc: Clifford Wardlaw, AUSA
Carol Gilmore