UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carol Louise Gillmore,<br><br>Defendant. | ) | **MOTION FOR DISCOVERY AND INSPECTION** |

* * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, through and by her attorney, Paul Engh, pursuant to Rule 16, Federal Rules of Criminal Procedure, moves the Court for an Order compelling the government to permit defense counsel to inspect, copy, photograph, or subject to scientific analysis the following items within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to counsel for the government:

1. Any and all statements, confessions, or admissions made by the defendant, written or otherwise recorded, or oral statements, inculpatory or exculpatory, including, but not limited to, his conversations with the Red Lake police and/or the FBI. Rule 16(a)(1)(A).

2. Any and all books, papers, documents, photographs, tangible objects, buildings or places or copies of portions thereof, material to the defense that are intended for use by the government as evidence in chief at trial, or were obtained from

or belonging to the defendant.

Rule 16(a)(1)©);

3. The prior criminal record of the defendant, Rule 16(a)(1)(B); including, but not limited to:

(a) each prior sentence or imprisonment exceeding one year and one month;

(b) each prior sentence of imprisonment of at least sixty days;

©) information regarding whether the defendant is alleged to have committed the instant offense while under any criminal justice sentence; including probation, parole, supervised release, imprisonment, work release, or escape status;

(d) information regarding whether the defendant is alleged to have committed the instant offense less than two years after release from imprisonment on the sentence included under (a) or (b) above;

4. Any and all results or reports of physical or mental examinations, and/or scientific tests or experiments, or copies thereof, which are material to preparation of the defense or are intended for use by the government as evidence in chief at trial. This includes the DNA testing done at the scene of the crime, and at Ms. Gillmore's residence, and on the truck used to transport her in between. Rule 16(a)(1)(D).

This Motion is based on the parameters of Rule 16, the government's continuing duty of disclosure, Rule 16©), the indictment, the records and filed in the above-entitled action, and any and all other materials which may be presented prior to or at the time of the hearing of said motion.

Dated: 6.30.2005

Respectfully submitted,

/s Paul Engh

_____________________________

PAUL ENGH
Suite 215, Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685