UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carol Louise Gillmore,<br><br>Defendant. | **MOTION TO COMPEL ATTORNEY FOR THE GOVERNMENT TO DISCLOSE EVIDENCE FAVORABLE TO THE DEFENDANT** |

* * * * * * * * * * * * * * * * * * *

The defendant, Carole Louise Gillmore, through and by her attorney, Paul Engh, pursuant to United States v. Agurs, 427 U.S. 97 1976); Brady v. Maryland, 373 U.S. 83 (1963); Miller v. Pate, 386 U.S. 1 (1967); Giles v. Maryland, 386 U.S. 66 (1963) and Moore v. Illinois, 408 U.S. 786 (1972), moves the Court for an Order compelling the government to disclose the following information in the possession of the government or its agents, or which may be found by their exercise of due diligence:

1. Evidence favorable to the defendant which is material either to guilt or to punishment, including facts in support of an inference that the deceased may have violent tendencies, particular toward women.

2. The existence of witnesses favorable to the defendant, to these and any other facts, including witnesses who were present when Ms. Gillmore returned to the shelter in Red Lake, where she was living;

3. Evidence of fingerprints, or other scientific evidence

which are not identified with this defendant, both at the crime scene and at the shelter.

4. Evidence of items seized from parties not charged which tend to identify them, rather than the defendant, with commission of the crime charged.

5. Evidence which detracts from the credibility of probative value testimony, or evidence, used by the government, including instances where the witnesses have used narcotics during key periods of time. Such usage includes crack cocaine.

6. Evidence of promises made or given to government witnesses as inducements for their testimony and/or cooperation including, but not limited to, offers, implied or actual, of immunity.

7. Evidence of contrary statements made by government witnesses and reports of interviews relating to the same.

8. Evidence or proper misconduct of government witnesses, including, but no limited to, prior convictions.

This Motion is based on the files, records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing which the Court may require thereafter.

Dated: 6.30.2005

Respectfully submitted,

/s Paul Engh

______________________________

PAUL ENGH
Suite 215 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685