UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carol Louise Gillmore,<br><br>Defendant. | **DEFENDANT'S MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES** |

* * * * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, through and by her attorney, Paul Engh, pursuant to 18 U.S.C. Sec. 3500 and Brady v. Maryland, 373 U.S. 83 (1963), moves the Court for an Order requiring any law enforcement agents to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records, on the following grounds:

1. Destruction of rough notes by law enforcement officials usurps the judicial function of determining what evidence must be produced.

2. These same rough notes may contain facts favorable to the defense, particularly those of statements taken from the alleged victims which are inconsistent with their later testimony.

This Motion is based upon the Indictment, the records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing which the Court may require

hereafter.

Dated: 6.30.2005

Respectfully submitted,

/s Paul Engh

_____________________________

PAUL ENGH
Suite 215 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685