UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

United States of America, )
)
Plaintiff, )
) **DEFENDANT'S MOTION FOR PRETRIAL DISCLOSURE OF JENCKS ACT MATERIAL**
vs. )
)
Carol Louise Gillmore, )
)
Defendant. )

* * * * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, through and by her attorney, Paul Engh, and pursuant to Rule 16, Federal Rules of Criminal Procedure, and 18 U.S.C. Sec. 3500, moves the Court for an Order requiring the government to disclose, before trial, all statements and reports within the meaning of the Jencks Act, on the following grounds

1. Early disclosure of Jencks Act material will expedite the actual trial in this matter because extensive delays will not be necessary during trial;

2. There has been no showing of possible witness harassment or some other valid government interest which would require disclosure only after the witness has testified;

3. This particular Court has typically invoked a three-day rule for early disclosure. Without sounding ungrateful, the Court’s suggested practice is unwelcome here, given the distance from Minneapolis to Red Lake and the difficulty in investigating the veracity of the government’s reports on such a short notice.

Note, too, this case involves a penalty of life in prison. In light of the stakes, additional time is necessary. Two weeks is requested. The Government will oppose, and the Court ought to say, at that predicted juncture, 'Well, those witnesses whose statements are not delivered will be barred from testifying,' by an act of discretion. Rule 611, Fed.R.Evid. The ultimate power to run a fair trial is not with the Justice Department.

This Motion is based upon the files, records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing which the Court may require thereafter.

Dated: 6.30.2005

Respectfully submitted,

/s Paul Engh

______________________________

PAUL ENGH
Suite 215 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685