UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(REL/DWF)

United States of America,
Plaintiff,
vs.
Carol Louise Gillmore,
Defendant.

**DEFENDANT'S MOTION FOR DISCLOSURE OF 404(b) EVIDENCE**

* * * * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, through and by her attorney, Paul Engh, moves the Court for an Order directing the government to disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404(b), Fed.R.Evid., on the following grounds:

1. Pretrial disclosure would prevent any judicial surprise at trial;

2. Pretrial disclosure would allow defendant's counsel to adequately prepare to meet the issues to be presented at trial;

3. Pretrial disclosure would allow the defendant the opportunity to timely seek exclusion of such prejudicial and non-relevant evidence;

4. The government should not be permitted to conceal, until trial, particular crimes or acts it intends to offer in evidence in its case in chief, if any exist and we are aware of none, hence this motion;

6. Pretrial discovery has suggested that Ms. Gillmore may have been involved in an attempted arson in the state of Kansas,

and that the Government will allege a similar modus operandi occurred here.

5. The Rule mandates disclosure upon a request like this one.

This Motion is based upon the files, records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing which the Court may require thereafter.

Dated: 6.30.2005

Respectfully submitted,

/s Paul Engh

PAUL ENGH
Suite 215 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685