UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | | |
|---|---|---|
| United States of America, Plaintiff, | ) | |
| vs. | ) | **MOTION TO SUPPRESS EVIDENCE OF SEARCH AND SEIZURE** |
| Carol Louise Gillmore, Defendant. | ) | |

* * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, through and by her attorney, Paul Engh, pursuant his Fourth Amendment protections, moves the Court for an Order for an Order suppressing the results of the search and seizures in this case, on the following grounds:

1. Concerning the search of her room at the Equae WII GA Women's Shelter, in February, 2002, the affidavit lacks sufficient indicia of probable cause.

2. The search of Ms. Gillmore's person, also in February of 2002, was likewise premised upon an insufficient affidavit.

3. Our claim is echoed for the search of the a maroon 1987 Dodge Celebrity Vehicle, also occurring in February, 2002.

This Motion is based upon the four corners of each warrant, files, records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing which the Court may require thereafter.

Dated: 6.30.2005

Respectfully submitted,

/s Paul Engh
___________________________

PAUL ENGH
Suite 215 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685