UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | | |
|---|---|---|
| United States of America, Plaintiff, vs. Carol Louise Gillmore, Defendant. | ) | **MOTION TO SUPPRESS EVIDENCE OF STATEMENTS** |

* * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, through and by her attorney, Paul Engh, pursuant his Fifth and Sixth Amendment protections, moves the Court for an Order suppressing her statement to the FBI on the 15th of February, 2002, on the following grounds:

1. Ms. Gillmore was in custody at the time, within the confines of the Beltrami County jail, in Bemidji. Her waiver of Miranda warnings was, given her emotional state, not knowing nor voluntary.

2. That same interview delayed her presentation to Magistrate Berg, at which time she was assigned a lawyer, and thus obviated her right to counsel.

3. There is another interview as well, this on February 14, 2002. Ms. Gillmore was contacted at her residence. No warnings were given. The interview lasted what appears to be, given the length of the FBI 302, several hours. At the conclusion, Ms. Gillmore was arrested. Her statement should be suppressed because the interview itself was structured in such a way as to

restrict her freedom, the intent of law enforcement was to arrest her (and they did), she was, for all practical purposes, in custody, and no Miranda warnings were given until after the interview was over.

This Motion is based upon the files, records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing which the Court may require thereafter.

Dated: 6.30.2005

Respectfully submitted,

S/ Paul Engh

___________________________

PAUL ENGH
Suite 215 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685