UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

United States of America,

Plaintiff,

vs.

Carol Louise Gillmore,

Defendant.

**RULE 12.2 NOTICE**

* * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, through and by her lawyer, Paul Engh, pursuant to Rule 12.2 (a) and (b), Fed.R.Crim.P., hereby gives notice to the government and the Court that she may rely upon an insanity defense or, in the alternative, she may introduce evidence of her mental condition and or defect bearing upon the issue of her guilt. This notice is preliminary, pending further forensic evaluations of Ms. Gillmore.

This Motion is based upon the files, records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing which the Court may require thereafter.

Dated: 6.30.2005

Respectfully submitted,

/s Paul Engh
___________________________

PAUL ENGH
Suite 215 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685