UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

United States of America, )
)
Plaintiff, )
) **CERTIFICATE OF SERVICE**
)
vs. )
)
Carol Louise Gillmore, )
)
Defendant. )

* * * * * * * * * * * * * * * * *

Your undersigned certifies that he sent, via ECF filing, his the foregoing motions Clifford Wardlaw, Assistant United States Attorney.

Dated: June 30, 2004 Respectfully submitted,

S/ Paul Engh

PAUL ENGH
Suite 215, Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685