UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carol Louise Gillmore,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE** |

* * * * * * * * * * * * * * * * *

Your undersigned certifies that he sent, via ECF filing, his the foregoing motions Clifford Wardlaw, Assistant United States Attorney: Motion for Discovery; Motion for Exculpatory Evidence; Motion for the Government to Retain Rough Notes; Motion for Disclosure of Jencks Act Materials; Motion for Disclosure of Rule 404(b) Evidence; Motion to Suppress Evidence of Search and Seizure; Motion to Suppress Evidence of Statements; and a Rule 12.2 Notice.

Dated: June 30, 2004

Respectfully submitted,

S/ Paul Engh
PAUL ENGH
Suite 215, Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685