**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Carol Louise Gillmore,
a/k/a Carol Louise Champagne,

Defendant.

Criminal No. 02-85(1) (DWF/RLE)

**ORDER PERMITTING EXAMINATION**

---

Clifford B. Wardlaw, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Paul C. Engh, Esq., Engh Law Office, counsel for Defendant.

---

This matter comes before the Court upon the defense request that Defendant Carol Louise Gillmore be made accessible for an examination. Based upon representations of counsel of requisite need,

**IT IS HEREBY ORDERED** that Professor Patricia A. Frazier, Ph.D., is to be granted full and complete access to Ms. Gillmore, including contact visits, for the purposes of conducting her examination. Professor Frazier shall be afforded sufficient time for her work, and she shall be permitted to confer with Ms. Gillmore during the same hours afforded to defense counsel.

Dated: July 11, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court