# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,
Plaintiff,
v.

Carol Louise Gillmore,

Defendants.

**COURT MINUTES - CRIMINAL**
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 02cr85(DWF/RLE) |
| Date: | July 12, 2005 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:10 a.m. |
| Time in Court: | 0 Hours & 10 Minutes |

APPEARANCES:

Plaintiff: Clifford B Wardlaw, Assistant U.S. Attorney
Defendant: Paul C. Engh for Carol Louise Gillmore 9 FPD X CJA 9 Retained 9 Appointed

X Reading of Indictment Waived 9 Indictment Read into Record X Not Guilty Plea Entered

Counsel was notified of the pertinent dates by a previous Order. Docket No.45.

Other Remarks:

9 Counsel to be notified of additional dates by separate Order to be issued.

s/ J.D. Schmid
Signature of law clerk