# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Carol Louise Gillmore,

Defendant.

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 02cr85 (DWF/RLE) |
| Date: | July 12, 2005 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 11:10 a.m. |
| Time Concluded: | 11:50 a.m. |
| Time in Court: | 0 Hours & 40 Minutes |

APPEARANCES:

Plaintiff: Clifford B. Wardlaw, Assistant U.S. Attorney
Defendant: Paul C. Engh for Carol Louise Gillmore 9 FPD X CJA 9 Retained

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

Deft(s) addtl briefs due: July 20, 2005 Govt's addl briefs due: July 26, 2005

Motions taken under advisement as of: July 26, 2005

X ORDER TO BE ISSUED 9 NO ORDER TO BE ISSUED X R&R TO BE ISSUED 9 NO R&R TO BE ISSUED

X Exhibits retained by the Court 9 Exhibits returned to counsel 9 Bond continued 9 Remanded into custody of USM

s/J.D. Schmid
Signature of law clerk