UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Carol Louise Gillmore, | ) | |
| | ) | |
| Defendant. | ) | |

* * * * * * * * * * * * * * * * *

Your undersigned certifies that he sent, via ECF filing, the Defendant's Memorandum in Support of Her Motion to Suppress, to Clifford Wardlaw, Assistant United States Attorney.

Dated: July 20, 2005

Respectfully submitted,

S/ Paul Engh

PAUL ENGH
Suite 215, Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685