**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 02-85(DWF/RLE)

Plaintiff,

v. **NOTICE OF TRIAL**

Carol Louise Gillmore,

Defendant.

---

Cliffore B. Wardlaw, Assistant United States Attorney, counsel for Plaintiff.

Paul C. Engh, Esq.,Engh Law Office, counsel for Defendant.

---

A jury trial has been scheduled for 9:00 AM, December 5, 2005, before Judge Donovan W. Frank, in a courtroom yet to be designated at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. Pretrial materials, as listed in the Local Rules, are to be e-filed by November 23, 2005. Please also submit contemporaneously with the above filing, an electronic copy of all trial submissions in WordPerfect 9.0, or Word format to our chambers e-mail box at Frank_Chambers@mnd.uscourts.gov.

Dated: September 1, 2005

RICHARD D. SLETTEN
Clerk of United States District Court

s/Lowell Lindquist
Lowell Lindquist
Deputy Clerk
651-848-1296