UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carol Louise Gillmore,<br><br>Defendant. | ) | **RULE 12.2(b)NOTICE** |

* * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, through and by her lawyer, Paul Engh, and in accordance with Rule 12.2 (b), Fed.R.Crim.P., hereby gives notice that she intends to offer expert testimony relating to her mental condition. Specifically, her actions on the day in question were motivated by past traumatic stressors. She acted in self-defense, but may have acted unreasonably so in light of her pre-existing mental condition, which was well documented and diagnosed long before the alleged crime occurred. Ms. Gillmore’s mental condition is set forth in her medical records, which the defense will supply to the Government upon request, and the reports generated defense experts, which will also be provided to the Government.

Dated: November 5, 2005

Respectfully submitted,

S/ Paul Engh
PAUL ENGH
Suite 215, Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685

ATTORNEY FOR MS. GILLMORE