UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | | |
|---|---|---|
| United States of America, Plaintiff, vs. Carol Louise Gillmore, Defendant. | ) | **CERTIFICATE OF SERVICE** |

* * * * * * * * * * * * * * * * *

Your undersigned certifies that he sent, via ECF filing, the Defendant's Rule 12.2(b) Notice to Clifford Wardlaw, Assistant United States Attorney.

Dated: November 5, 2005

Respectfully submitted,

S/ Paul Engh

PAUL ENGH
Suite 215, Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685

ATTORNEY FOR MS. GILLMORE