UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 02-85 (DWF/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL LOUISE GILMORE,<br><br>Defendant. | ) | MOTION FOR A CONTINUANCE |

The government has not received full and complete expert disclosure concerning the defendant's mental health defense. The government has been in contact with defense counsel and we have reached an agreement about mutual disclosure regarding expert testimony. However, due to the late defense disclosure, the government will require an additional six weeks to complete an adverse psychiatric exam.

Respectfully submitted,

Dated: November 22, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/Clifford B. Wardlaw
BY: CLIFFORD B. WARDLAW
Assistant U.S. Attorney
Attorney I.D. No. 183908