# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, I served, or caused to be served, the following documents:

**MOTION FOR A CONTINUANCE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Paul Engh, Esq.

THOMAS B. HEFFELFINGER
United States Attorney

s/Lisa Wyatt
BY: LISA WYATT
Legal Assistant