UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 02-85 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL LOUISE GILMORE,<br><br>Defendant. | MOTION FOR ADVERSE PSYCHIATRIC EVALUATION PURSUANT TO RULE 12.2.(c)(1)(B) |

The government moves for an adverse psychiatric evaluation pursuant to Rule 12.2.(c)(1)(B). The government has received a rule 12 notice from defense indicating it will seek to introduce evidence of defendant's mental state at trial. The defense disclosure indicates that it will NOT rely on a insanity defense.

Respectfully submitted,

Dated: November 22, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/Clifford B. Wardlaw
BY: CLIFFORD B. WARDLAW
Assistant U.S. Attorney
Attorney I.D. No. 183908