**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Carol Louise Gillmore,

Defendant.

Criminal No. 02-85(DWF/RLE)

**AMENDED**
**NOTICE OF PRETRIAL AND TRIAL**

---

Cliffore B. Wardlaw, Assistant United States Attorney, counsel for Plaintiff.

Paul C. Engh, Esq.,Engh Law Office, counsel for Defendant.

---

A pretrial has been scheduled for 1:30 PM, Wednesday, January 25, 2006, before Judge Donovan W. Frank, in Courtroom 14W, at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

A jury trial has been scheduled for 9:00 AM, Monday, January 30, 2006, before Judge Donovan W. Frank, in a courtroom yet to be designated at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. Pretrial materials, as listed in the Local Rules, are to be e-filed by January 20, 2006. Please also submit contemporaneously with the above filing, an electronic copy of all trial submissions in WordPerfect 9.0, or Word format to our chambers e-mail box at Frank_Chambers@mnd.uscourts.gov.

Dated: January 5, 2006

RICHARD D. SLETTEN
Clerk of United States District Court

s/Lowell Lindquist
Lowell Lindquist
Deputy Clerk
651-848-1296