UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

United States of America,
Plaintiff,

vs.

Carol Louise Gillmore,
Defendant.

**CERTIFICATE OF SERVICE**

* * * * * * * * * * * * * * * * *

Your undersigned certifies that he sent, via ECF filing, the Defendant's Proposed Jury Instructions, to Clifford Wardlaw, Assistant United States Attorney.

Dated: January 20, 2006

Respectfully submitted,

S/ Paul Engh

PAUL ENGH
Suite 215, Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685