UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-85 (DWF/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S REQUEST FOR** |
| | ) | |
| v. | ) | **VOIR DIRE QUESTIONS AND** |
| | ) | |
| | ) | **INSTRUCTIONS OF LAW** |
| CAROL LOUISE GILLMORE, | ) | |
| a/k/a CAROL LOUISE CAMPAGNE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorney, Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and Clifford B. Wardlaw and David Genrich, Assistant United States Attorneys, hereby requests that the Court use the attached proposed questions in its voir dire of prospective jurors, and the attached proposed instructions of law during its final charge to the jury.

Respectfully submitted,

Dated: January 23, 2006

THOMAS B. HEFFELFINGER
United States Attorney

s/Clifford B. Wardlaw

BY: CLIFFORD B. WARDLAW
Assistant U.S. Attorney
Attorney I.D. No. 183908