UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-85 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL LOUISE GILLMORE,<br>a/k/a CAROL LOUISE CAMPAGNE,<br><br>Defendant. | **GOVERNMENT'S PROPOSED**<br><br>**VOIR DIRE QUESTIONS** |

1. What is your name, address, and occupation? Provide the same information as to your spouse and children. Where were you born and raised? If retired, what was your occupation before retiring?

2. Have you heard of this case before today? If so, when, and how?

3. Are you acquainted with the defendant, Carol Louise Gillmore, her lawyer, Paul Engh, the government's lawyers, Clifford B. Wardlaw, David Genrich, or the case agent, John P. Egelhof of the FBI?

4. Have you, your relatives, or close friends had any previous contacts with the criminal justice system, as a victim of a crime, a criminal defendant, or a witness to a crime? If so, please describe your experience.

5. Have you, your relatives, or close friends had any contact with federal, state or local authorities that you feel was not handled as it should have been?

6. Have you served as a juror on other criminal cases? Which cases, when, and what was the verdict?

7. Several of the witnesses in this trial are likely to be law enforcement officers. Does any juror have strong prejudices either against or in favor of law enforcement officers?

8. Have you or any member of your family had any type of encounter with the FBI, or any other law enforcement agency? What was the nature of the encounter? Was it resolved in a manner that left you with any hard feelings?

9. Do you disagree in any way with the full enforcement of federal, state or local laws? Do you have any strong feelings against the federal government?

10. If selected as a juror in this case, will you apply the law as given by the Court, regardless of whether you agree or disagree with it?

11. Do you have any disagreement about the operation of the criminal justice system in the United States?

12. Is there any reason why you feel you cannot be a fair and impartial juror in this case?

Several witnesses in this case will testify that they had been drinking or using drugs. Have you seen people under the influence

of alcohol or drugs? Do you believe that people can still be held responsible for their behavior even though they were under the influence of alcohol or drugs?

13. Are you familiar with the Indian community at Red Lake? If yes, how familiar are you with Red Lake?

14. Are you familiar with the Ojibway Indian culture?

Dated: 1-23-2006

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/Clifford B. Wardlaw

BY: CLIFFORD B. WARDLAW
Assistant U.S. Attorney
Attorney I.D. No. 183908