# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-85 (DWF/RLE)

CAROL LOUISE GILMORE,

Defendant(s).

I hereby certify that on January 23, 2006, I served, or caused to be served, the following documents:

Government's Request for Voir Dire Questions and Instructions of Law, Proposed Voir Dire Questions, and Proposed Jury Instructions

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Paul Engh, Esq.

THOMAS B. HEFFELFINGER
United States Attorney

s/ Lisa Wyatt

BY: LISA WYATT
Legal Assistant