UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-85

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL GILLMORE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADD TO<br>CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-85

Defendant Name

Carol Gillmore

Add AUSA

David M. Genrich

Dated: January 24, 2006

THOMAS B. HEFFELFINGER
United States Attorney

s/ David M. Genrich

BY: DAVID M. GENRICH
Assistant U.S. Attorney
Attorney ID No. 0281311