# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

UNITED STATES OF AMERICA,
Plaintiff,

v.

CAROL LOUISE GILLMORE,
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 02-85(01)(DWF/RLE)
Date: January 25, 2006
Court Reporter: JEANNE ANDERSON
Time Commenced: 1:30
Time Concluded: 3:00
Time in Court: 1 Hour & 30 Minutes

Before DONOVAN W. FRANK, United States Judge, at Minneapolis, Minnesota.

JURY TRIAL TO BEGIN JANUARY 30, AT 9:00 IN MINNEAPOLIS. TRIAL TO TAKE ONE WEEK.

APPEARANCES:

For Plaintiff: CLIFF WARDLAW, DAVID GENRICH
For Defendant: PAUL ENGH ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

Interpreter: / Language:

**IT IS ORDERED:

☐ **Submitted** ☐ **Sustained** ☐ **Overruled**
☐ Brief time set:
☐ Written order forthcoming.

☐ Defendant released on
☒ Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk