# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## BENCH TRIAL HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

CAROL GILLMORE,
Defendants.

COURTROOM MINUTES - CRIMINAL
BEFORE:DONOVAN W. FRANK
U.S. Judge

CASE NO: 02-85(01)(DWF/RLE)
DATE: January 31, 2006
COURT REPORTER: JEANNE ANDERSON
TAPE NUMBER:
TIME COMMENCED: 9:00
TIME CONCLUDED: 5:00
TIME IN COURT: 7 Hours & Minutes

APPEARANCES:

Plaintiff: CLIFFORD WARDLAW, DAVID GENRICH, Assistant U.S. Attorney
Defendant(s): PAUL ENGH for Carol Gillmore ☐ FPD ☐ CJA ☐ Retained

Interpreter / Language: /

PROCEEDINGS:

☒ **NON-JURY Trial - Began**.
☐ **NON-JURY Trial - Ended**
☒ Opening statements.
☐ Trial continued to .
☒ Plaintiff's witnesses: RON STATELY, ALVIRA MORGAN, KEITH STATELY, JOHN EGELHOF, JENNIFER MARTINEAU, RONALD RAHMAN
☐ Defendant's witnesses:
☐ Plaintiff rests. ☐ Defendant rests.
☐ Closing arguments.

☐ Court's Ruling:
☐ Guilty as to Count(s).
☐ Not Guilty as to Count(s).

IT IS ORDERED:

☐ Oral motion for judgment of acquittal is .
☐ Clerk to file verdict.
☐ Written order forthcoming regarding Court's ruling.
☐ Presentence Investigation and Report requested.
☐ **~Util-Set/Reset Hearings - Sentencing is scheduled for .**
☐ Defendant remanded to the custody of the U.S. Marshal.
☐ Present bond continued.

CLERK'S USE ONLY:

☐ Number of trial days with evidence - .

s/Lowell Lindquist
Signature of Deputy Clerk