# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# BENCH TRIAL HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

CAROL GILLMORE,
Defendants.

COURTROOM MINUTES - CRIMINAL
BEFORE:DONOVAN W. FRANK
U.S. Judge

CASE NO: 02-85(01)(DWF/RLE)
DATE: February 1, 2006
COURT REPORTER: JEANNE ANDERSON
TAPE NUMBER:
TIME COMMENCED: 9:00
TIME CONCLUDED: 5:00
TIME IN COURT: 7 Hours & Minutes

## APPEARANCES:

Plaintiff: CLIFFORD WARDLAW, DAVID GENRICH, Assistant U.S. Attorney
Defendant(s): PAUL ENGH for Carol Gillmore ☐ FPD ☐ CJA ☐ Retained

Interpreter / Language: /

## PROCEEDINGS:

**DEFENDANT'S RULE 29 MOTION - DENIED**

☐ **NON-JURY Trial - Began**.
☐ **NON-JURY Trial - Ended**
☐ Opening statements.
☒ Trial continued.
☒ Plaintiff's witnesses: DARLENE LEUSSIER, DARLENE JOURDAIN,CHARLOTTE KING, DEBBIE JOHNSON, MARLA NEEDHAM, STEVEN RAINEY, CONRAD RAINEY, AMY DESJARLAIT, LOREN LYONS, DR. MICHAEL MAGEE
☐ Defendant's witnesses: CAROL GILLMORE
☒ Plaintiff rests. ☐ Defendant rests.
☐ Closing arguments.

☐ Court's Ruling:
  ☐ Guilty as to Count(s).
  ☐ Not Guilty as to Count(s).

## IT IS ORDERED:

☐ Oral motion for judgment of acquittal is .
☐ Clerk to file verdict.
☐ Written order forthcoming regarding Court's ruling.
☐ Presentence Investigation and Report requested.
☐ **~Util-Set/Reset Hearings - Sentencing is scheduled for .**

- ☐ Defendant remanded to the custody of the U.S. Marshal.
- ☐ Present bond continued.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .

s/Lowell Lindquist
Signature of Deputy Clerk