# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## BENCH TRIAL HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

CAROL GILLMORE,
Defendants.

COURTROOM MINUTES - CRIMINAL
BEFORE:DONOVAN W. FRANK
U.S. Judge

CASE NO: 02-85(01)(DWF/RLE)
DATE: February 2, 2006
COURT REPORTER: JEANNE ANDERSON
TAPE NUMBER:
TIME COMMENCED: 9:00
TIME CONCLUDED: 5:00
TIME IN COURT: 7 Hours & Minutes

APPEARANCES:

Plaintiff: CLIFFORD WARDLAW, DAVID GENRICH, Assistant U.S. Attorney
Defendant(s): PAUL ENGH for Carol Gillmore ☐ FPD ☐ CJA ☐ Retained

Interpreter / Language: /

PROCEEDINGS:

- ☐ **NON-JURY Trial - Began**.
- ☐ **NON-JURY Trial - Ended**
- ☐ Opening statements.
- ☒ Trial continued.
- ☒ Plaintiff's witnesses:
- ☐ Defendant's witnesses: WILLIAM ORR, PATRICIA FRAZIER, LORA BERTELSEN, continued testimony of CAROL GILLMORE
- ☐ Plaintiff rests. ☐ Defendant rests.
- ☐ Closing arguments.

- ☐ Court's Ruling:
  - ☐ Guilty as to Count(s).
  - ☐ Not Guilty as to Count(s).

IT IS ORDERED:

- ☐ Oral motion for judgment of acquittal is .
- ☐ Clerk to file verdict.
- ☐ Written order forthcoming regarding Court's ruling.
- ☐ Presentence Investigation and Report requested.
- ☐ **~Util-Set/Reset Hearings - Sentencing is scheduled for .**
- ☐ Defendant remanded to the custody of the U.S. Marshal.
- ☐ Present bond continued.

CLERK'S USE ONLY:

☐ Number of trial days with evidence - .

s/Lowell Lindquist
Signature of Deputy Clerk