# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## BENCH TRIAL HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

CAROL GILLMORE,
Defendants.

COURTROOM MINUTES - CRIMINAL
BEFORE:DONOVAN W. FRANK
U.S. Judge

CASE NO: 02-85(01)(DWF/RLE)
DATE: February 6, 2006
COURT REPORTER: JEANNE ANDERSON
TAPE NUMBER:
TIME COMMENCED: 9:00
TIME CONCLUDED: 1:30
TIME IN COURT: 4 Hours & 30 Minutes

APPEARANCES:

Plaintiff: CLIFFORD WARDLAW, DAVID GENRICH, Assistant U.S. Attorney
Defendant(s): PAUL ENGH for Carol Gillmore ☐ FPD ☐ CJA ☐ Retained

Interpreter / Language: /

PROCEEDINGS:

**DEFENDANT'S RENEWED MOTIONS FOR ACQUITTAL - DENIED**
**TRIAL TAKEN UNDER ADVISEMENT**

☐ **NON-JURY Trial - Began**.
☒ **NON-JURY Trial - Ended**
☐ Opening statements.
☐ Trial continued.
☒ Plaintiff's witnesses: JAMES SHADDUCK, PETE STRONG, FRANCIS BRUN, MICHAEL FAIRBANKS, ROMAN STATELY
☐ Defendant's witnesses:
☒ Plaintiff rests. ☒ Defendant rests.
☒ Closing arguments.

☐ Court's Ruling:
- ☐ Guilty as to Count(s).
- ☐ Not Guilty as to Count(s).

IT IS ORDERED:

☐ Oral motion for judgment of acquittal is .
☐ Clerk to file verdict.
☐ Written order forthcoming regarding Court's ruling.
☐ Presentence Investigation and Report requested.

- ☐ **~Util-Set/Reset Hearings - Sentencing is scheduled for .**
- ☐ Defendant remanded to the custody of the U.S. Marshal.
- ☐ Present bond continued.

CLERK'S USE ONLY:

- ☒ Number of trial days with evidence - 4 Days.

s/Lowell Lindquist
Signature of Deputy Clerk