UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-85(RLE/DWF)

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carol Louise Gillmore,<br><br>Defendant. | ) | **WITNESS AND EXHIBIT LIST** |

* * * * * * * * * * * * * * * * *

The defendant, Carol Louise Gillmore, will call the following witnesses:

2/02 ✓ ✓ 1. Lora Bertelsen, Ph.D.

2/02 ✓ ✓ 2. Professor Patricia Frazier, Ph.D.

2/02 ✓ ✓ 3. William Orr, Ph.D., M.D.

2/22/01 ✓ ✓ Carol Gillmore

Ms. Gillmore will offer the following exhibits:

2/02 ✓ ✓ 1. Dr. Bertelson's CV.

2/02 ✓ ✓ 2. Dr. Bertelson's interview notes, as a medical record.

2/02 ✓ ✓ 3. Professor Frazier's CV.

2/02 ✓ ✓ 4. Dr. Orr's CV.

2/02 ✓ ✓ 5. The medical and prison records upon which Dr. Frazier and Dr. Orr partially relied in rendering their respective opinions (over 2000 separate pages).

1/31 ✓ ✓ 6a and 6b. Jail photograph of Ms. Gillmore, near the time of her arrest.



SCANNED
FEB 07 2006
U.S. DISTRICT COURT ST. PAUL

1/31 ✓ 7. Two photographs of George Stately.

Dated: January 30, 2006

Respectfully submitted,

/s/ Paul Engh
PAUL ENGH
Suite 215, Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685