# United States District Court

STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
v.
CAROL LOUISE GILMORE
A/K/A CAROL LOUISE CAMPAGNE

EXHIBIT LIST

CASE NUMBER: Cr. 02-85 (DWF/RLE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Donovan W. Frank | CLIFFORD B. WARDLAW, AUSA | Paul Engh, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| January 30, 2006 | | |

| PLF NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 1/31 | ✓ | ✓ | Photo of George Stately |
| 2 | | " | ✓ | ✓ | Certificate of Indian Blood - George Stately |
| 3 | | " | ✓ | ✓ | Aerial map - Village of Red Lake |
| 4 | | " | ✓ | ✓ | Certificate of Indian Blood - Carol Louise Gillmore |
| 5 | | " | ✓ | ✓ | Diagram - Home of George Stately |
| 6 | | | | | Diagram - Home of George Stately |
| 7 | | | | | Forensic Report - Julie Kidd |
| 8 | | | | | Forensic Report - Sandra Koch |
| 9 | | | | | Forensic Report - Doug Hares |
| 10 | | | | | Forensic Report - Ed Brannon |
| 11 | | | | | Summary Chart - Forensic Evidence - Stately Residence |
| 12 | | | | | Summary Chart - Forensic Evidence -Needham Residence |
| 13 | | | | | Summary Chart - Forensic Evidence - Gillmore Vehicle |
| 14 | | | | | Summary Chart - Forensic Evidence - Gillmore Residence |
| 15 | | 1/31 | ✓ | ✓ | Photo of Crime Scene |
| 16 | | " | ✓ | ✓ | Photo of Crime Scene |
| 17 | | " | ✓ | ✓ | Photo of Crime Scene |
| 18 | | " | ✓ | ✓ | Photo of Crime Scene |
| 19 | | " | ✓ | ✓ | Photo of Crime Scene |

SCANNED
FEB 07 2006
U.S. DISTRICT COURT ST. PAUL

# Exhibit LIST - CONTINUATION

| | vs. | CASE NO. |
|---|---|---|
| United States of America | Carol Louis Gillmore | 02-85(DWF) |

| PLF NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 20 | | 1/31 | ✓ | ✓ | Photo of Crime Scene |
| 21 | | | | | Photo of Crime Scene |
| 22 | | | | | Photo of Crime Scene |
| 23 | | | | | Photo of Crime Scene |
| 24 | | | | | Photo of Crime Scene |
| 25 | | | | | Photo of Crime Scene |
| 26 | | | | | Photo of Crime Scene |
| 27 | | | | | Photo of Crime Scene |
| 28 | | | | | Photo of Crime Scene |
| 29 | | | | | Photo of Crime Scene |
| 30 | | | | | Photo of Crime Scene |
| 31 | | | | | Photo of Crime Scene |
| 32 | | | | | Photo of Crime Scene |
| 33 | | | | | Photo of Crime Scene |
| 34 | | | | | Photo of Crime Scene |
| 35 | | | | | Photo of Crime Scene |
| 36 | | | | | Photo of Crime Scene |
| 37 | | | | | Photo of Crime Scene |
| 38 | | | | | Photo of Crime Scene |
| 39 | | | | | Photo of Crime Scene |
| 40 | | | | | Photo of Crime Scene |
| 41 | | | | | Photo of Crime Scene |
| 42 | | | | | Photo of Crime Scene |
| 43 | | | | | Photo of Crime Scene |
| 44 | | | | | Photo of Crime Scene |
| 45 | | | | | Photo of Crime Scene |
| 46 | | | | | Photo of Crime Scene |
| 47 | | ✓ | ✓ | ✓ | Photo of Crime Scene |
| 48 | | 1/31 | ✓ | ✓ | Photo of Crime Scene |

## Exhibit LIST - CONTINUATION

| United States of America | vs. Carol Louis Gillmore | CASE NO. 02-85(DWF) |
|---|---|---|

| PLF. NO. | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 49 | | 1/31 | ✓ | ✓ | Photo of Crime Scene |
| 50 | | | | | Photo of Crime Scene |
| 51 | | | | | Photo of Crime Scene |
| 52 | | | | | Photo of Crime Scene |
| 53 | | | | | Photo of Crime Scene |
| 54 | | | | | Photo of Crime Scene |
| 55 | | | | | Photo of Crime Scene |
| 56 | | | | | Photo of Crime Scene |
| 57 | | | | | Photo of Crime Scene |
| 58 | | | | | Photo of Crime Scene |
| 59 | | | | | Photo of Crime Scene |
| 60 | | | | | Photo of Crime Scene |
| 61 | | | | | Photo of Crime Scene |
| 62 | | | | | Photo of Crime Scene |
| 63 | | | | | Photo of Crime Scene |
| 64 | | | | | Photo of Crime Scene |
| 65 | | | | | Photo of Defendant |
| 66 | | | | | Photo of Defendant |
| 67 | | | | | Photo of Defendant |
| 68 | | | | | Photo of Defendant |
| 69 | | | | | Photo of Defendant |
| 70 | | | | | Photo of Defendant |
| 71 | | | | | Photo of Defendant |
| 72 | | | | | Photo of Needham Residence |
| 73 | | | | | Photo of Needham Residence |
| 74 | | | | | Photo of Gillmore Vehicle |
| 75 | | | | | Photo of Gillmore Vehicle |
| 76 | | | | | Photo of Gillmore Vehicle |
| 77 | | 1/31 | ✓ | ✓ | Photo of Gillmore Vehicle |

## Exhibit LIST - CONTINUATION

| United States of America | vs. Carol Louis Gillmore | CASE NO. 02-85(DWF) |
|---|---|---|

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 78 | | 1/31 | ✓ | ✓ | Photo of Gillmore Vehicle |
| 79 | | 1/31 | ✓ | ✓ | Photo of Gillmore Vehicle |
| 80 | | | | | Photo of Gillmore Vehicle |
| 81 | | | | | Photo of Gillmore Vehicle |
| 82 | | | | | Photo of Gillmore Vehicle |
| 83 | | | | | Photo of Gillmore Vehicle |
| 84 | | | | | Photo of Gillmore Vehicle |
| 85 | | | | | Photo of Gillmore Vehicle |
| 86 | | | | | Photo of Gillmore Vehicle |
| 87 | | | | | Photo of Gillmore Vehicle |
| 88 | | | | | Photo of Gillmore Vehicle |
| 89 | | | | | Photo of Gillmore Vehicle |
| 90 | | 1/31 | ✓ | ✓ | Photo of Gillmore Residence |
| 91 | | | | | Photo of Gillmore Residence |
| 92 | | | | | Photo of Gillmore Residence |
| 93 | | | | | Photo of Gillmore Residence |
| 94 | | | | | Photo of Gillmore Residence |
| 95 | | | | | Photo of Gillmore Residence |
| 96 | | | | | Photo of Gillmore Residence |
| 97 | | | | | Photo of Gillmore Residence |
| 98 | | | | | Photo of Gillmore Residence |
| 99 | | | | | Photo of Gillmore Residence |
| 100 | | | | | Photo of Gillmore Residence |
| 101 | | | | | Photo of Gillmore Residence |
| 102 | | | | | Photo of Gillmore Residence |
| 103 | | | | | Photo of Gillmore Residence |
| 104 | | | | ✓ | Photo of Gillmore Residence |
| 105 | | ✓ | ✓ | ✓ | Photo of Gillmore Residence |
| 106 | | 1/31 | ✓ | ✓ | Photo of Gillmore Residence |

## Exhibit LIST - CONTINUATION

| vs. | | CASE NO. |
|---|---|---|
| United States of America | Carol Louis Gillmore | 02-85(DWF) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 107 | | 1/31 | ✓ | ✓ | Photo of Gillmore Residence |
| 108 | | ↓ | ↓ | ↓ | Photo of Gillmore Residence |
| 109 | | | | | Photo of Gillmore Residence |
| 110 | | | | | Photo of Gillmore Residence |
| 111 | | | | | Photo of Gillmore Residence |
| 112 | | | | | Photo of Gillmore Residence |
| 113 | | | | | Photo of Gillmore Residence |
| 114 | | | | | Photo of Gillmore Residence |
| 115 | | | | | Photo of Gillmore Residence |
| 116 | | | | | Photo of Gillmore Residence |
| 117 | | | | | Photo of Gillmore Residence |
| 118 | | | | | Photo of Gillmore Residence |
| 119 | | | | | Photo of Gillmore Residence |
| 120 | | | | | Hammer - Crime Scene |
| 121 | | | | | Knife - Crime Scene |
| 122 | | ↓ | ↓ | ↓ | Cigarette Lighter - Gillmore Residence |
| 123 | | 1/31 | ✓ | ✓ | George Stately's Wallet |
| 124 | | | | | Advice of Rights/Waiver form |
| 125 | | | | | Defendant's Medical Report - 2/14/02 |
| 126 | | 1/31 | ✓ | ✓ | Arson Diagram and A ✓ |
| 127 | | 1/31 | ✓ | ✓ | CD Arson Inv. Pictures |
| 128 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 129 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 130 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 131 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 132 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 133 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 134 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 135 | | 2/1 | ✓ | ✓ | Autopsy Photo |

# Exhibit LIST - CONTINUATION

| vs. | | CASE NO |
|---|---|---|
| United States of America | Carol Louis Gillmore | 02-85(DWF) |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 136 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 137 | | ↓ | ↓ | ↓ | Autopsy Photo |
| 138 | | | | | Autopsy Photo |
| 139 | | | | | Autopsy Photo |
| 140 | | | | | Autopsy Photo |
| 141 | | | | | Autopsy Photo |
| 142 | | | | | Autopsy Photo |
| 143 | | | | | Autopsy Photo |
| 144 | | | | | Autopsy Photo |
| 145 | | | | | Autopsy Photo |
| 146 | | | | | Autopsy Photo |
| 147 | | | | | Autopsy Photo |
| 148 | | | | | Autopsy Photo |
| 149 | | | | | Autopsy Photo |
| 150 | | | | | Autopsy Photo |
| 151 | | | | | Autopsy Photo |
| 152 | | | | | Autopsy Photo |
| 153 | | 2/1 | ✓ | ✓ | Autopsy Photo |
| 154 | | 1/31 | ✓ | ✓ | Flashlight component from Stately residence |
| 155 | | 1/31 | ✓ | ✓ | " " " " " |
| 156 | | | | | |
| 172 | | 2/6 | ✓ | ✓ | CV of Dr. Shaduck |