# United States District Court

STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
v.
CAROL LOUISE GILMORE
A/K/A CAROL LOUISE CAMPAGNE

WITNESS LIST

CASE NUMBER: Cr. 02-85 (DWF/RLE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Donovan W. Frank | CLIFFORD B. WARDLAW, AUSA | Paul Engh, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| January 30, 2006 | | |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Witnesses |
|---|---|---|---|---|---|
| 1 | | 1/31 | ✓ | ✓ | S/A John P. Egelhof, FBI |
| 2 | | | | | S/A Timothy Ball, FBI |
| 3 | | | | | S/A Keith Hanzel, FBI |
| 4 | | | | | Edward B. Brannon, Jr., FBI Lab |
| 5 | | | | | Douglas R. Hares, FBI Lab |
| 6 | | | | | Sandra Koch, FBI Lab |
| 7 | | | | | Julie Ann C. Kidd, FBI Lab |
| 8 | | 1/31 | ✓ | ✓ | Ron Rahman, Deputy State Fire Marshal |
| 9 | | | | | Dr. Michael McGee, Ramsey County ME |
| 10 | | 1/31 | ✓ | ✓ | Capt. Keith Stately, RLFD |
| 11 | | | | | CI Jason Lawrence, Sr., RLPD |
| 12 | | | | | CI Clifford Martell, RLPD |
| 13 | | | | | CI Donovan Wind, Sr., RLPD |
| 14 | | | | | Officer Michael Shanks, Lawrence KS PD |
| 15 | | | | | Darlene Mountain, Red Lake |
| 16 | | | | | Mary Parkhurst, Red Lake |
| 17 | | 2/01 | ✓ | ✓ | Amy Boswell, Red Lake Desjarlait |
| 18 | | 1/31 | ✓ | ✓ | Elvira Jourdain, Red Lake Morgan |
| 19 | | | | | Sharon Kingbird, Red Lake |
| 20 | | 2/01 | ✓ | ✓ | Debbie Johnson, Red Lake |
| 21 | | 2/01 | ✓ | ✓ | Charlotte Johanna King, Red Lake |
| 22 | | 2/01 | ✓ | ✓ | Marla Jean Needham, Red Lake |

SCANNED
FEB 07 2006
U.S. DISTRICT COURT ST. PAUL

# WITNESS LIST - CONTINUATION

| | vs. | CASE NO. |
|---|---|---|
| United States of America | Carol Louis Gillmore | 02-85(DWF) |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Witnesses |
|---|---|---|---|---|---|
| 23 | | 2/01 | ✓ | ✓ | Steven James Rainey, Red Lake |
| 24 | | 2/01 | ✓ | ✓ | Conrad Lee Rainey, Red Lake |
| 25 | | 1/31 | ✓ | ✓ | Jennifer Lee Martineau |
| 26 | | 1/31 | ✓ | ✓ | Roman Stately, Sr. |
| 27 | | | | | Mary Stately |
| 28 | | | | | Rebecca Hamlin, M.A. |
| 29 | | 2/6 | ✓ | ✓ | Dr. James A. Shadduck, Ph.D. |
| 30 | | | | | Lt. Barbara Wirzfeld, FMC Carswell |
| 31 | | 2/6 | ✓ | ✓ | Pete Strong |
| 32 | | | | | Arlyn Roberts |
| 33 | | | | | Vernon Clark |
| 34 | | | | | Chunky Brun |
| 35 | | 2/6 | ✓ | ✓ | Micky Fairbanks |
| 36 | | | | | James Brun |
| 37 | | 2/6 | ✓ | ✓ | Francis Brun |
| 38 | | | | | Linda Omen |
| 39 | | | | | Michelle May |
| 40 | | | | | Officer TIna Shambaugh, Lawrence, KS |
| 41 | | | | | Dennis Leslie, Fire Marshall, Lawrence, KS |
| 42 | | | | | Jerry Jennings, Lawrence, KS |
| 43 | | | | | Trenda Reschke, Lawrence, KS |
| 44 | | | | | Justin Lorenzo, Lawrence, KS |
| 45 | | | | | Janice Custer, Lawrence, KS |
| 46 | | | | | Rene Padgett, Lawrence, KS |
| 47 | | 2/01 | ✓ | ✓ | Darlene Lessier |
| 48 | | 2/01 | ✓ | ✓ | Darlene Jourdain |
| 49 | | 2/01 | ✓ | ✓ | Loren Lyons |
| 50 | | 2/01 | ✓ | ✓ | Dr. Michael Magee |