UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-85(DWF/RLE)

RECEIVED
APR 19 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | AGREEMENT TO WAIVE A JURY TRIAL |
| v. | ) | |
| CAROL LOUISE GILMORE, Defendant. | ) | |

The government though its attorneys, Thomas B. Heffelfinger, United States Attorney, and Clifford B. Wardlaw, Assistant United States Attorney, and Carol Louise Gillmore, represented by her attorney, Paul Engh, enter into this agreement to waive a jury trial.

The defendant agrees to waive her right to trial by jury and proceed with a bench trial. This decision was freely and voluntarily made after consulting with her attorney.

The United States agrees to proceed with a bench trial on the following conditions:

1. The defendant admits the unlawful killing of George Stately;

2. The parties disagree about the defendant's level of culpability. The defendant will argue that she is guilty of manslaughter and the government will argue for a murder verdict;

3. The defendant makes no claim of justification. Self-defense and intoxication are not at issue. The parties understand

SCANNED
APR 19 2006
U.S. DISTRICT COURT ST. PAUL

that the defense will raise the legal issue of imperfect self-defense; and

4. The defendant understands that she could face a maximum term of imprisonment of up to life in prison. The defendant understands that the government reserves the right to argue for an upward departure up to and including the statutory maximum sentence.

Dated: 01-31-06

CLIFFORD B. WARDLAW
Assistant U.S. Attorney

Dated: 1/31/06

Carol Louise Gilmore
Defendant

Dated:

Paul Engh, Esq.
Attorney for the Defendant