**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, I served, or caused to be served, the following documents:

**GOVERNMENT'S SENTENCING POSITION**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Paul Engh, Esq.
220 South Sixth Street
Suite 215
Minneapolis, MN 55415

RACHEL K. PAULOSE
United States Attorney

s/ Nichol Berg

BY: NICHOL BERG
Legal Assistant