# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | Case No: 02-85(01)(DWF/RLE) |
| | ) | Date: September 28, 2006 |
| CAROL LOUISE GILLMORE, Defendant. | ) | Court Reporter: Jeanne Anderson |
| | ) | Time Commenced: 1:00 |
| | ) | Time Concluded: 3:00 |
| | ) | Time in Court: 2 Hours & Minutes |

Before DONOVAN W. FRANK, United States Judge, at Minneapolis, Minnesota.

**9 VICTIMS READ THEIR STATEMENTS TO THE COURT.**

APPEARANCES:

For Plaintiff: DAVID GENGRICH
For Defendant: PAUL ENGH ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

Interpreter: / Language:

☐ **Evidentiary Hearing** (only selection if witness list filed).

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to COUNT 3 &4 of SUPERSEDING INDICTMENT:

| Count. No. | Plea | Finding | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 3 | | X | 396 months | | 5 years | | |
| 4 | | X | 180 months | | 5 years | | |

**NOTE: Defendant was found NOT GUILTY OF COUNTS 1 AND 2 BY COURT TRIAL**

Said terms to run ☒ concurrently ☐ consecutively .

☒ Special conditions of Supervised Release:

**See J&C for special conditions**

☒ Defendant sentenced to pay:
- ☒ Fine in the amount of $WAIVED.
- ☒ Restitution in the amount of $52,847.36.
- ☐ Costs of prosecution in the amount of $ to be paid .
- ☒ Special assessment in the amount of $200.00.

☒ Plea and plea agreement accepted.
☐ Defendant released on voluntary surrender program.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Government counts remaining as to this defendant are dismissed.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk