UNITED STATES DISTRICT COURT
for the District of Minnesota

# NOTICE OF APPEAL

**USCA 8 NO** ____________________________

United States of America,
Plaintiff,

v.

Carol Louise Gillmore,
Defendant.

CF 02-85
District Court Docket Number

Donovan Frank
U.S. District Court Judge

Notice is given that Carol Louise Gillmore appeals to the United States Court of Appeals for the Eighth Circuit from the: ☒ Judgment & commitment ☐ Order [specify name of order] entered in this action on September 29, 2006.

/s/ Paul Engh
Signature of Defendant's Counsel

Paul Engh
Typed Name of Defendant's Counsel, Attorney ID No.

Suite 215, 220 South Sixth Street
Street Address / Room Number

612-252-1100
Telephone Number

Minneapolis, MN 55402
City, State, Zip

October 6, 2006
Date

## TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

X Please Prepare a transcript of:

- x Pre-trial proceedings
- x Testimony or
- ☐ Portions thereof:
- ☐ Change of Plea
- x Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify):

☐ I am not ordering a transcript because

- ☐ Previously filed
- ☐ Other (Specify):

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of Payment: ___ Funds, X Authorization sent to reporter.

Attorney's Signature /s Paul Engh    Date October 6, 2006

NOTE: Complete All Items on Following Page(s)

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: Inmate 10324-041, FMC Carswell, PO Box 27066, Fort Worth, Texas, 76127

2. Date of Verdict: March 17, 2006 Jury [ ] Non-Jury [X]

   Offenses: Murder in the Second Degree, Arson

   Trial Testimony Number of Days: 3 Bail Status: Detained

3. Date & Sentence Imposed: September 28, 2006 33 year sentence, concurrent on both counts

4. Appealing: Sentence [X] Conviction [x] Both [x]

   Challenging:
   [x] Application of Sentencing Guidelines
   [ ] Constitutionality of Guidelines
   [ ] Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: October 6, 2006

   Stenographer in Charge: (Name, Address, Phone) Jeanne Anderson, 180 East Fifth Street, St. Paul, MN 55101
   651-848-1221

6. Trial Counsel Was: ☒ Appointed (no fee required) ☐ Retained (filing fee $105 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal? ☒ Yes ☐ No

   Affidavit of Financial Status filed: N/A

   Is there any reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes ☒ No

7. Assistant U.S. Attorney Name and Phone Number: David M. Genrich
   612-664-5600

**Court Reporter Acknowledgment**

______________________ Date Order Received

______________________ Estimated Completion Date

______________________ Estimated Number of Pages

______________________ Court Reporter's Signature

______________________ Date