# UNITED STATES DISTRICT COURT
## District of Minnesota

COPY

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

# TRANSMITTAL SHEET

**Date:** November 20, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kay Furchner, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **06-3545**

**District Court Number:** CR 02-85 DWF/RLE **Carol Louise Gillmore**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(X) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received

By:

Returned to District Court

Date:

By:

RECEIVED
NOV 22 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
NOV 21 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

SCANNED
NOV 24 2006
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America    Appeal No. 06-3545

vs.

Carol Louise Gillmore    Criminal No. CR 02-85 DWF/RLE

Date delivered to U.S.C.A.: November 20, 2006

Prepared by: mf

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Carol Louise Gillmore**

U.S.C.A. #: 06-3545
District Court #: Criminal CR 02-85 DWF/RLE

**INDEX**


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | SUPERSEDING INDICTMENT | 2/3/04 | 1-3 |
| 2. | ORDER BY MAGISTRATE JUDGE ERICKSON RE: PRETRIAL MOTIONS | 8/1/05 | 4-7 |
| 3. | REPORT & RECOMMENDATION BY MAGISTRATE JUDGE ERICKSON RE: PRETRIAL MOTIONS | 8/1/05 | 8-35 |
| 4. | DEFT'S OBJECTIONS TO THE REPORT & RECOMMENDATION | 8/14/05 | 36-46 |
| 5. | ORDER AND MEMORANDUM BY JUDGE FRANK RE: PRETRIAL MOTIONS | 10/24/05 | 47-52 |
| 6. | DEFT'S PROPOSED VOIR DIRE QUESTIONS | 1/19/06 | 53-58 |
| 7. | DEFT'S PROPOSED JURY INSTRUCTIONS | 1/20/06 | 59-97 |
| 8. | GOVT'S REQUEST FOR VOIR DIRE QUESTIONS AND INSTRUCTIONS OF LAW | 1/23/06 | 98 |
| 9. | GOVT'S PROPOSED VOIR DIRE QUESTIONS | 1/23/06 | 99-101 |
| 10. | GOVT'S PROPOSED JURY INSTRUCTIONS | 1/23/06 | 102-149 |
| 11. | GOVT'S AMENDED PROPOSED JURY INSTRUCTIONS | 1/30/06 | 150-205 |

| | | | |
|---|---|---|---|
| 12. | FINDINGS OF FACT, CONCLUSIONS OF LAW, ORDER FOR CONVICTION OF MURDER IN THE SECOND DEGREE, AND MEMORANDUM | 3/17/06 | 206-241 |
| 13. | AGREEMENT TO WAIVE A JURY TRIAL | 4/19/06 | 242-243 |
| 14. | DEFT'S POSITION WITH RESPECT TO SENTENCING FACTORS | 9/22/06 | 244-250 |
| 15. | GOVT'S SENTENCING POSITION | 9/27/06 | 251-261 |
| 16. | JUDGMENT | 9/29/06 | 262-267 |
| 17. | NOTICE OF APPEAL | 10/6/06 | 268-269 |
| 18. | DOCKET SHEET | | 270-281 |