# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 06-3545**

**United States of America,**

**Appellee**

**v.**

**Carol Louise Gillmore,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:02-cr-00085-DWF)

---

## MANDATE

In accordance with the opinion and judgment of 08/15/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 05, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit