# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 7, 2007

FILED
NOV 13 2007
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Carol Louise Gillmore
v. United States
No. 07-7520
(Your No. 06-3545)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 2, 2007 and placed on the docket November 7, 2007 as No. 07-7520.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst

RECE[illegible]
NOV 13 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT