# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 7, 2008

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
JAN 15 2007
MICHAEL GANS
CLERK OF COURT

Re: Carol Louise Gillmore
v. United States
No. 07-7520
(Your No. 06-3545)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

RECEIVED
JAN 14 2008
U.S. COURT OF APPEALS
EIGHTH CIRCUIT